# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERLINDO RODRIGUEZ, Jr., <br><br> Plaintiff, <br><br> v. <br><br> RAYNA, *et al.*, <br><br> Defendants. | Case No. 1:19-cv-01788-BAM (PC) <br><br> ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* WITHOUT PREJUDICE <br><br> (ECF No. 2) <br><br> ORDER REQUIRING PLAINTIFF TO FILE COMPLETED APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE <br><br> **FORTY-FIVE (45) DAY DEADLINE** |

Plaintiff Erlindo Rodriguez, Jr. ("Plaintiff") is a county jail inmate proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On December 23, 2019, Plaintiff filed a complaint, together with a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF Nos. 1, 2.)

Plaintiff's application to proceed *in forma pauperis* is incomplete. There is no certified copy of Plaintiff's trust account statement for the past six months attached to the application as the instructions require. Plaintiff must submit a completed form, including a certified copy of his trust account statement, if he wishes for the application to be considered.

///

///

1

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion to proceed *in forma pauperis*, (ECF No. 2), is DENIED, without prejudice;

2. Within **forty-five (45) days** from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, completed and signed, including a certified copy of his trust account statement for the past six months, or in the alternative, pay the $400.00 initial filing fee for this action;

3. No extension of time will be granted without a showing of good cause; and

4. **The failure to comply with this order will result in dismissal of this action without prejudice.**

IT IS SO ORDERED.

Dated: **December 27, 2019**       /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE