UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERLINDO RODRIGUEZ, JR., <br><br> Plaintiff, <br><br> v. <br><br> L. RAYNA, *et al.*, <br><br> Defendants. | Case No. 1:19-cv-01788-BAM (PC) <br><br> ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* <br><br> (ECF No. 6) <br><br> ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY WEST VALLEY DETENTION CENTER |

Plaintiff Erlindo Rodriguez, Jr. is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 23, 2019, Plaintiff filed a complaint, together with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF Nos. 1, 2.)

On December 27, 2019, the Court denied, without prejudice, Plaintiff's application to proceed *in forma pauperis* because the application was incomplete. (ECF No. 4.) The Court granted Plaintiff forty-five (45) days to file a completed and signed application to proceed *in forma pauperis*. (Id.)

Currently before the Court is Plaintiff's second application to proceed *in forma pauperis*, filed on January 16, 2020. (ECF No. 6.) Plaintiff's application properly includes a certified copy of Plaintiff's jail trust account statement that reflects the activity in Plaintiff's trust account for the six months prior to the filing of the complaint. (Id. at 5.)

Since Plaintiff has made the showing required by § 1915, the application to proceed *in*

1

*forma pauperis* will be granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account. The West Valley Detention Center is required to send to the Clerk of the Court payments from Plaintiff's trust account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis*, (ECF No. 6) is GRANTED;

2. **The Sheriff of the West Valley Detention Center or his/her designee shall collect payments from Plaintiff's jail trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action;**

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application, (ECF No. 6), on the Sheriff of the West Valley Detention Center, via mail, at 9500 Etiwanda Ave., Rancho Cucamonga, CA 91739; and

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

IT IS SO ORDERED.

Dated: **January 17, 2020**          /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE