UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERLINDO RODRIGUEZ, JR., <br><br> Plaintiff, <br><br> v. <br><br> L. RAYNA, et al., <br><br> Defendants. | Case No. 1:19-cv-01788-JLT (PC) <br><br> **ORDER SETTING SETTLEMENT CONFERENCE** <br><br> Date:  March 4, 2021 <br> Time:  1:00 p.m. |

The Court has determined that this case will benefit from a settlement conference. Accordingly, the Court ORDERS:

1. This matter is set for a settlement conference before Magistrate Judge Erica P. Grosjean on **March 4, 2021, at 1:00 p.m.** Judge Grosjean may issue a separate order regarding settlement conference procedures.
2. This matter remains stayed until the completion of the settlement conference

IT IS SO ORDERED.

Dated:   **December 16, 2020**            /s/ Jennifer L. Thurston
                                  UNITED STATES MAGISTRATE JUDGE