1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11  ERLINDO RODRIGUEZ, JR.,

12                Plaintiff,

13       v.

14  L. RAYNA, et al.,

15                Defendants.

Case No. 1:19-cv-01788-JLT (PC)

**ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE ERLINDO RODRIGUEZ, CDCR NO. BE-7749**

(Doc. 24)

16

17       On January 30, 2021, the Court issued a writ of habeas corpus ad testificandum

18  commanding the warden of Kern Valley State Prison to produce inmate Erlindo Rodriguez,

19  CDCR # BE-7749, before Magistrate Judge Erica P. Grosjean for a video settlement conference

20  on March 4, 2021, at 1:00 pm. (Doc. 24.) On March 1, 2021, the Court vacated the settlement

21  conference. (Doc. 27.) Thus, Mr. Rodriguez is no longer required to appear before the Court on

22  March 4, 2021. Accordingly, the Court **DISCHARGES** the writ of habeas corpus ad

23  testificandum as to this inmate.

24

25  IT IS SO ORDERED.

26       Dated:   **March 2, 2021**                    _____**/s/ Jennifer L. Thurston**_____
                                                        UNITED STATES MAGISTRATE JUDGE

27

28