IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ERLINDO RODRIGUEZ, JR.,**<br><br>Plaintiff,<br><br>v.<br><br>**L. RAYNA, et al.,**<br><br>Defendants. | 1:19-cv-01788-BAK (HBK) (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER**<br><br>(Doc. No. 49) |

Defendants L. Rayna and J. Carranza-Rico (Defendants[1]) move for an order modifying the discovery and scheduling order. (Doc. No. 49.) Based on the moving papers and the declaration of counsel, the Court finds good cause to grant the motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' requested extension of the deadline for filing pretrial dispositive motions (Doc. No. 49) is GRANTED; and

//

//

//

---

[1] The Court granted Defendants' motion for partial summary judgment on April 25, 2022 (Doc. No. 48) as to the December 13, 2018 (Urbano & Podsakoff) and December 14, 2018 (Podsakoff) denial of food claims and directed the Clerk to enter judgment in their favor. (*Id*. at 10.) The docket now reflects W. Urbano and W. Podsakoff have been terminated from the action.

1  2. The deadline for filing pretrial dispositive motions is extended from June 9, 2022 to
2     August 8, 2022.

4  Dated:   June 14, 2022
5                                             HELENA M. BARCH-KUCHTA
                                              UNITED STATES MAGISTRATE JUDGE